1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LONNIE LEE POSLOF, SR., | ) ED CV 06-1418-AG (SH) |
| | ) |
| Petitioner, | ) ORDER ADOPTING THE AMENDED |
| | ) REPORT AND RECOMMENDATION |
| v. | ) OF UNITED STATES MAGISTRATE |
| | ) JUDGE |
| JAMES A. YATES, WARDEN, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

    IT IS ORDERED that the Petition filed herein is dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Amended Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 31, 2009

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE