UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| LONNIE LEE POSLOF, SR., | ) ED CV 06-1418-AG (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| JAMES A. YATES, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 31, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1